# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
| **CASE NUMBER** | 06 C 2203 | **DATE** | 10/18/2007 |
| **CASE TITLE** | Woods et al vs. Southwest Airlines Co. et al | | |

**DOCKET ENTRY TEXT**

**ENTER MEMORANDUM OPINION:** Respondents Clifford Law Offices, Schyler & Associates, and Donald Schlyer's motion [64] for partial summary judgment on Count I of the petition of Ronald A. Stearney Sr. and Ronald A. Stearney Jr. is granted in part and denied in part. The Stearneys' cross-motion [76] for partial summary judgment on the same count is denied. Respondent Clifford Law Offices' motion [96] to dismiss Count II of the Stearneys' petition is granted. Status hearing set for 11/1/2007 at 9:45 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | |
|---|---|---|
| | Courtroom Deputy Initials: | SCT |