Order Form (01/2005)

# United States District Court, Northern District of Illinois

M HN

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 2203 | **DATE** | 3/3/2009 |
| **CASE TITLE** | Woods et al vs. Southwest Airlines Co. et al | | |

**DOCKET ENTRY TEXT**

Pursuant to the joint stipulation of dismissal with prejudice, the verified petition to adjudicate attorney's lien is dismissed with prejudice, with all parties to bear their own costs.

Docketing to mail notices.

2009 MAR -3 PM 3:13

| | |
|---|---|
| Courtroom Deputy Initials: | SCT |